UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
SCOTT NORTHROP                                              Index No: 21-CV-4772 (VB)

        Plaintiff,

- against –

PAWLING CORPORATION and
THE PRESRAY CORPORATION,

        Defendants.
_____x

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated by and between the parties, through their respective undersigned counsel, that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure this action be dismissed as to all claims, causes of action, and parties.

Dated: May 27, 2022

        LAW OFFICE OF LAURA WONG-PAN PLLC

        By:  /s/ *Laura Wong-Pan*
        Laura Wong-Pan
        Attorney for Plaintiff
        319 Mill Street
        Poughkeepsie, NY 12601
        Tel: (845) 218-1288

Dated: May 27, 2022        JACKSON LEWIS P.C.

        By:  /s/ *Michael L. Abitabilo*
        Michael L. Abitabilo
        Attorney for Defendant
        44 South Broadway, 14th Floor
        White Plains, NY 10601